AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

SEALED

**FILED**
**Oct 30, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

EDITH SAN PEDRO CARTER

*Defendant(s)*

Case No. 1:26-mj-00134-SAB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| **18 U.S.C. § 611** | **Voting by Aliens** |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

*Complainant's signature*

Hamilton Hiatt, FBI Special Agent
*Printed name and title*

Sworn to me and signed via telephone.

Date: **Oct 29, 2026**

*Judge's signature*

City and state: Fresno, California

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDITH SAN PEDRO CARTER,<br><br>Defendant. | CASE NO.<br><br>AFFIDAVIT OF FBI SPECIAL AGENT HAMILTON HIATT |

I, Hamilton Hiatt, being sworn, depose and state the following:

**INTRODUCTION**

1. This affidavit is in support of a complaint and arrest warrant for **EDITH CARTER** for violation of Title 18, United States Code, Section 611, Voting by Aliens.

2. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable cause for the criminal complaint and requested arrest warrant for **EDITH CARTER**.

**AFFIANT'S BACKGROUND**

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2020. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). As a Special Agent of the FBI, I am authorized

to investigate violations of laws of the United States, and I am a low enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I am responsible for investigations involving complex financial crimes, public corruption, civil rights violations, and healthcare fraud. I have gained experience through previous investigations and through trainings, classes and conferences.

4. The facts set forth in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses involved in this case. This Affidavit is intended to show that there is probable cause for the criminal complaint and requested arrest warrant and does not set forth all my knowledge about this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only, all dates are on and about, and all amounts are approximate.

## CHARGES

5. Based upon the facts set forth in this criminal complaint, I believe probable cause existed to believe that **EDITH CARTER** violated the following laws of the United States:

a. Count One: **EDITH CARTER**, an alien, and citizen and national of the Philippines, and lawful permanent resident of the United States, and having registered to vote in 2015 and 2023, and fully knowing she was not a United States citizen, on or about November 5, 2024, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

## PROBABLE CAUSE

6. Between September 2, 2026, and September 4, 2026, special agents with the FBI served grand jury subpoenas on the California Secretary of State, the Fresno Registrar of Voters, and the California Department of Motor Vehicles ("DMV") seeking voter registration, voting history, and address information for **EDITH CARTER.** By October 1, 2026, the FBI had received substantive responses for every subpoena served. The Department of Homeland Security Investigations ("HSI") provided the FBI

with the Alien File ("A-File") for **EDITH CARTER.**

7. The subpoena returns from the Secretary of State showed the following: On March 17, 2015, **EDITH CARTER** submitted a voter registration application, filled out by hand. The application listed an address in Fresno, CA ("Fresno Address 1"). On June 9, 2023, **EDITH CARTER** submitted a second voter registration application, filled out by hand, with an updated address in Fresno, CA ("Fresno Address 2"). Both applications listed her country of birth as the Philippines. Both applications contained the same CA driver's license number, date of birth, and the last four digits of her social security number. On both applications, **EDITH CARTER** checked the box attesting that she was a US citizen and signed under the declaration stating she was a US citizen. The Secretary of State's voter participation records further indicated that **EDITH CARTER** voted in person at a voting center in one election in 2024 (November 5, 2024).

8. The returns from the Fresno County Registrar of Voters showed that **EDITH CARTER** voted in the November 5, 2024 Presidential general election on November 5, 2024 in person. The records further indicated that **EDITH CARTER** submitted her vote at the Fresno County Elections Office voting center. The returns also included scans of the election office's ballot roster. **EDITH CARTER'S** ballot roster includes **EDITH CARTER's** name, the Fresno Address 2, and **EDITH CARTER's** signature. **EDITH CARTER's** signature on the roster appears to match the signature on the Voter Registration Form she signed on June 9, 2023. The voter roster also contains a declaration that the voter is a US Citizen.

9. The returns from the DMV confirm the Fresno Address 1 and Fresno Address 2 as having been associated with **EDITH CARTER** as of 2013 and 2022 respectively. Further, the signature on her California driver's license appears to be the same as the signature on the Fresno County Voter roster for November 5, 2024, as well as on the Secretary of State voter registration form dated June 9, 2023. It is worth noting that **EDITH CARTER** appears to utilize two signatures, one shorter and one longer. The longer signature is on her driver's license and other items as referenced. The short signature can be found on the application for her driver's license as well as on her original voter registration form with the Secretary of State from 2015. Her CA driver's license applications also list the same birth date and the last four of her social security number as those found on both voter registration applications.

10. **EDITH CARTER's** A-File contains her birth certificate showing she was born in the Philippines and has the same date of birth as the DMV records and the voter registration applications. It further shows that **EDITH CARTER** was granted lawful permanent resident status on March 6, 2024.

11. On October 15, 2026, **EDITH CARTER** was interviewed by Special Agents with the FBI. In the interview, **EDITH CARTER** attested to the same date of birth that appeared in the Secretary of State records and that she was born in the Philippines. She further attested that she has never been a United States citizen. **CARTER** is a legal permanent resident and has a green card but has not yet applied to become a naturalized US citizen. **EDITH CARTER** does not recall registering to vote. **EDITH CARTER** said she believed that President Obama passed a law which granted amnesty to people with her resident status. **CARTER** went to the DMV to get her driver's license, but she did not check the box asking if she was a US citizen. **EDITH CARTER** believes the person at the DMV checked the box for her. After signing the form at the DMV, **EDITH CARTER** began receiving ballots in the mail. **EDITH CARTER** said she recalled two occasions when she was approached and asked for signatures. One of them could have been a ballot. In both instances, she was in a hurry or distracted and signed the forms they gave her because she believed it would be the friendly thing to do. **EDITH CARTER** did not recall ever voting in person.

## CONCLUSION

12. I believe the above facts set forth probable cause to believe that **EDITH CARTER,** knowing she was not a United States citizen, knowingly voted in one election in November 2024, held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives all in violation of Title 18, United States Code, Section 611, voting by an alien.

13. Based on the foregoing, there is probable cause to believe that **EDITH CARTER** violated Title 18, United States Code, Section 611, voting by an alien.

14. I respectfully request that a criminal complaint and arrest warrant be issued for **EDITH CARTER** for this violation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Hamilton Hiatt
Federal Bureau of Investigation

This Affidavit was submitted to me by email/pdf and attested to me as true and accurate by telephone, consistent with Fed. R. Crim. P. 4.1, and 41(d)(3) on **Oct 29, 2026**.

HON. Stanley A. Boone
United States Magistrate Judge

Reviewed as to form.

*/s/ Joshua B. Banister*

Joshua B. Banister
Assistant United States Attorney